IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VITALII BENDEL, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-361-KC |
| § | |
| ERO EL PASO CAMP EAST § | |
| MONTANA et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 6, 2026, Vitalii Bendel filed a Petition for Writ of Habeas Corpus, ECF No. 3. The Petition is dated January 30, 2026. *See id.* at 10. Bendel challenged the legality of his detention on constitutional and statutory grounds and asked the Court to order Respondents to release him. *Id.* ¶¶ 13, 15. The Court ordered Respondents to show cause why the Petition should not be granted. Feb. 9, 2026, Order 3, ECF No. 2.

Respondents now inform the Court that, "Petitioner was released from custody on January 31, 2026." Advisory, ECF No. 5. Thus, Respondents argue, "this renders the Petition for Habeas relief moot." *Id.* (citation omitted).

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Bendel has now been released from ICE custody, the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that all deadlines in this case are **VACATED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 19th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE